07 CRIM 017

JUDGE McKENNA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA                :

        - v. -                        :       WAIVER OF INDICTMENT

DAVID MCQUILLIN,                        :       07 Cr. ___

                              Defendant.    :

------------------------------x

      DAVID MCQUILLIN, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 2; Title 15, United States Code, Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                    _____
                                                    Defendant

                                                    _____
                                                    Witness

                                                    _____
                                                    Counsel for Defendant

Date:   New York, New York
       January ___, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 8 2007